```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

```
ANTHONY TRAINOR,                    HONORABLE JOSEPH E. IRENAS

     Plaintiff,                     CIVIL ACTION NO. 05-2479 (JEI)

     v.
                                    ORDER DENYING SUMMARY JUDGMENT
ATLANTIC CAPE FISHERIES, INC.,
and MARINE MANAGEMENT, INC.,

     Defendants.
```

**APPEARANCES:**

BERGMAN & BERGMAN
By: Stanley L. Bergman
1001 Tilton Road
Suite 204
Northfield, NJ 08225
     Counsel for Plaintiff

CHASE KURSHAN HERZFELD & RUBIN LLC
By: John Francis Gaffney
    Peter J. Kurshan
5N Regent Street
Suite 508
Livingston, NJ 07039
     Counsel for Defendants

**IRENAS**, Senior District Judge:

   This matter appeared before the Court on Defendants' Motion for Summary Judgment. (Docket No. 15). The Court having considered the submissions of the parties, and for the reasons set forth in an opinion issued by this Court on even date

herewith, and for good cause appearing;

**IT IS** on this 28th day of June, 2007,

**ORDERED THAT:**

Defendants' Motion for Summary Judgment (Docket No. 15) is hereby **DENIED**.

                                                  s/*Joseph E. Irenas*
                                          JOSEPH E. IRENAS, S.U.S.D.J.